IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *<br>* |
| v. | *   CR 119-107 |
| ROBERT COLEMAN QUARLES | *<br>* |

ORDER

Defendant Robert Coleman Quarles has moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A) based upon his assertions that he was erroneously designated as an Armed Career Criminal and that his sentence is vastly disparate from similarly situated offenders sentenced today. He recognizes that the Eleventh Circuit has prohibited consideration of circumstances outside of those "extraordinary and compelling" reasons for compassionate release set forth in U.S.S.G. § 1B1.13, which is the United States Sentencing Commission's Policy Statement applicable to the compassionate release provision. See United States v. Bryant, 996 F.3d 1243 (11th Cir. 2021). That is, Defendant concedes his sentencing issue does not fall within the three specific categories of "extraordinary and compelling reasons" to grant relief: medical, age, and family circumstances. U.S.S.G. § 1B1.13 &

n.1(A)-(C).[1]  Defendant, however, contends that the Policy Statement will be amended soon to allow for consideration of his claimed circumstances.

The United States Sentencing Commission's *proposed* amendments to U.S.S.G. § 1B1.13 do not have the effect of law. Until the amendments become law, this Court cannot afford the relief Defendant seeks. Because Defendant has failed to provide a basis to invoke this Court's authority to modify his sentence, the Government's motion to dismiss Defendant's motion for relief (doc. no. 53) is **GRANTED**. The Clerk is directed to **TERMINATE** Defendant's motion to reduce sentence (doc. no. 52).

**ORDER ENTERED** at Augusta, Georgia, this 21st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The fourth catch-all category provides: "<u>As determined by the Director of the Bureau of Prisons</u>, there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with," the aforementioned three categories. <u>Id.</u> n.1(D) (emphasis added). Absent support from the Director, the fourth category is inapplicable.